AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MARIO ZAMORA,

      Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:10-CV-00656-LRH-VPC**

WARDEN E.K. MCDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice.


  10/29/2010                                            **LANCE S. WILSON**
                                                                                      Clerk


                                                                                    /s/ P. McDonald
                                                                                     Deputy Clerk