UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ZAMORA,                      )<br>                                                    )<br>            Petitioner,                  )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>WARDEN E.K. McDANIEL, et al.,  )<br>                                                    )<br>            Respondents.              )<br>_____/ | 3:10-cv-00656-LRH-VPC<br><br>ORDER DISMISSING PETITION |

Before the Court is petitioner's Motion for Status Check (ECF No. 5) raising a question about what might have been filed on his behalf by Advocacy Services/TVCC. Petitioner avers that he and his family paid this organization funds for which Advocacy Services was to file documents on his behalf. He further contends that additional attempts to contact the entity have been unsuccessful. Petitioner seeks a copy of the docket sheet and the initial pleading filed in this matter. The motion shall be granted.

**IT IS THEREFORE ORDERED** that the Motion for Status Check (ECF No. 5) is **granted**. The Clerk shall send to petitioner a copy of the docket sheet in this matter, the petition and the Court order dismissing the petition.

Dated this 31st day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE